Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:                                                              | ) Bankruptcy No. 10-26124 WTT |
|---------------------------------------------------------------------|-------------------------------|
|                                                                     | ) Chapter 7                   |
| ALFRED LOUIS MARTINEZ, SR. AND BEATRICE JACQUELINE MARTINEZ,        | ) **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
| Debtors.                                                            | )                             |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 0.51% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|-----------|------------------|--------------|
| 1 | Questar Gas Company<br>Bankruptcy/DNR244<br>1140 West 200 South<br>PO Box 3194<br>Salt Lake City, UT  84110-3194 | $1.05 |

3.  A check in the amount of $1.05 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 7th day of June, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____

4849-5158-0169, v. 1